476 A.2d 99

Commonwealth v. Cohen, Appellant.

Submitted March 23, 1984. John H. Corbett, Jr., Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Order affirmed.